JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN TIMOTHY HUEBNER,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF ORANGE;<br>DON BARNES, as an individual and in his official capacity as the Sheriff of Orange County, and<br>DOES 1 to 50, inclusive,<br><br>    Defendants. | Case No. 8:23-cv-01451-JWH-JDE<br><br>**JUDGMENT** |

Pursuant to the "Order Granting (1) Defendants' Motion to Dismiss [ECF No. 7] and (2) Defendants' Motion to Strike Portions of Plaintiff's Complaint—Punitive Damages and Pre and Post Trial Interest [ECF No. 8]" filed substantially contemporaneously herewith, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Defendants County of Orange and Don Barnes shall have **JUDGMENT** in their favor, and against Plaintiff Ryan Timothy Huebner. Plaintiff Ryan Timothy Huebner shall take nothing by way of his Complaint. This action, including all claims asserted herein, is **DISMISSED without prejudice**.

2. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 11, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE